No. 37,289

CLARENCE OWEN, *Appellee,* v. MUTUAL BENEFIT HEALTH AND ACCIDENT ASSOCIATION, *Appellant.*

(210 P. 2d 232)

Opinion on rehearing filed October 8, 1949. (For original opinion, see 166 Kan. 525, 203 P. 2d 196.)

*LaRue Royce,* of Salina, argued the cause, and *B. I. Litowich, E. S.Hampton, H. H. Dunham, Jr., John Q. Royce,* and *H. G. Engleman,* all of Salina, were with him on the briefs for the appellant.

*Jerry E. Driscoll,* of Russell, argued the cause, and *John J. McCurdy,* of Lincoln, was with him on the briefs for the appellee.

*George Siefkin* and *John F. Eberhardt,* both of Wichita, filed brief *amici curiae.*

The opinion of the court was delivered by

HARVEY, C. J.: Following our former opinion, counsel for appellant filed a motion for rehearing, which was granted, and the case was set for our July session. It was reargued by counsel, who filed additional briefs, and a brief was filed *amici curiae.* The court has reconsidered the questions orginally argued and those argued on the rehearing, and has also considered the briefs, and finds no reason to disturb its former decision.

The court adheres to the order of affirmance.